UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL PATRICK JOLIVETTE,<br><br>Plaintiff,<br><br>v.<br><br>PEOPLE OF CALIFORNIA, et al.,<br><br>Defendants. | No. 2:21-cv-0382-KJM-EFB P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 19, 2021, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 19, 2021, are adopted in full;

2. Plaintiff's application to proceed in forma pauperis (ECF No. 2) is denied; and

3. Plaintiff is ordered to pay the $402 filing fee within fourteen days from the date of service of this order and is warned that failure to do so will result in the dismissal of this action.

DATED: April 29, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE