UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL PATRICK JOLIVETTE,<br><br>Plaintiff,<br><br>v.<br><br>PEOPLE OF CALIFORNIA, et al.,<br><br>Defendants. | No. 2:21-cv-0382-KJM-EFB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to file his objections to the court's September 23, 2021 findings and recommendations.

Plaintiff's request (ECF No. 23) is granted and plaintiff has 30 days from the date this order is served to file his objections.

So ordered.

Dated: October 18, 2021.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE