UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Paul Patrick Jolivette,<br><br>            Plaintiffs,<br><br>    v.<br><br>People of California, et al.,<br><br>            Defendants. | No. 2:21-cv-00382-KJM-EFB<br><br>ORDER |

The court construes the objections at ECF No. 33 as a motion to alter or amend the judgment under Federal Rule of Civil Procedure 59. *See Am. Ironworks & Erectors, Inc. v. N. Am. Constr. Corp.*, 248 F.3d 892, 898–99 (9th Cir. 2001). The motion, so construed, is denied. *See Sch. Dist. No. 1J, Multnomah Cty., Or., v. ACandS, Inc.*, 5 F.3d 1255, 1262–63 (9th Cir. 1993) (listing factors for reconsideration under Rule 59(e)).

    IT IS SO ORDERED.

DATED: February 22, 2022.

                                                  CHIEF UNITED STATES DISTRICT JUDGE